Decided December 20, 2004

DUANE GEORGE *v.* TOWN OF WATERTOWN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 85 Conn. App. 606 (AC 24867), is denied.

*Edward S. Hyman*, in support of the petition.

*John F. Conway* and *W. Glen Pierson*, in opposition.

Decided December 20, 2004

STATE OF CONNECTICUT *v.* NICOLE PELLETIER

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 71 (AC 25176), is denied.

*James B. Streeto*, assistant public defender, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided December 20, 2004